The Cyllene Corporation, Appellant, v. Fannie Eisen et al., Respondents.

(Argued September 29, 1936; decided October 13, 1936.)

*John Stuart Dwinell* and *Charles C. Lamm* for appellant.
*Joshua S. Shapiro* and *Joshua S. Koenigsberg* for Gussie Shapiro, respondent.

Orders of the Appellate Division and of Special Term reversed and motion granted, with costs in all courts. Second question certified answered in the negative. Fifth question certified answered in the affirmative. Other questions certified not answered. (See *Matter of City of New York* [*Neptune Ave.*], 271 N. Y. 331.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.